DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

EDWARD STODDARD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1532
_____

September 27, 2023

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

PER CURIAM.

   Affirmed.

CASANUEVA, SILBERMAN, and LaROSE, JJ., Concur.

_____

Opinion subject to revision prior to official publication.